1  TREVOR J. HATFIELD, ESQ.
   Nevada Bar No. 7373
2  **HATFIELD & ASSOCIATES, LTD.**
   703 South Eighth Street
3  Las Vegas, Nevada 89101
4  (702) 388-4469 Tel.
   (702) 386-9825 Fax
5  thatfield@hatfieldlawassociates.com

6  *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID COSPER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TITANIUM METALS CORPORATION, a Domestic Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:16-cv-01548-JCM-CWH<br><br>**STIPULATION AND ORDER REQUESTING TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)** |

COMES NOW, Plaintiff, DAVID COSPER (hereinafter "Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates, Ltd., and Defendant TITANIUM METALS CORPORATION (hereinafter "Defendant"), by and through its counsel, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., and do hereby stipulate and agree to an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment (ECF #30), that was filed on January 22, 2018. Accordingly, Plaintiff shall have up to and including March 8, 2018 to respond to Defendant's Motion for Summary Judgment (ECF #30).

The reason that the extension is requested is because the parties have agreed to extend the dispositive motion deadline. On December 28, 2017, the Court granted Defendant's extension to file dispositive motions, which confirmed that Plaintiff's response would be due 35 days after Defendant's Motion for Summary Judgment was filed. (ECF #28.) On January 11, 2018,

Defendant filed a request asking that both parties have an additional ten (10) days to file dispositive motions and a reciprocal additional ten (10) days' time for any response. (ECF #29.) The Court has not issued an order on this stipulation, but Defendant filed its Motion for Summary Judgment on January 22, 2018 (ECF #30). Defendant agrees to Plaintiff having forty-five (45) days after January 22, 2018 to respond, which is March 8, 2018.

This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the parties' first request for an extension concerning an extension of the time for Plaintiff to respond to dispositive motions deadline. Plaintiff's attorney is requesting this extension of the parties' agreement (ECF #29) and because he has significant conflicts in his work schedule including fourteen (14) depositions, three (3) hearings and two (2) settlement conferences scheduled through the last week of January through the first week of March 2018.

| Dated: February 7, 2018 | Dated: February 7, 2018 |
|---|---|
| HATFIELD & ASSOCIATES, LTD. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *Trevor J. Hatfield* | /s/ *Erica J. Chee* |
| Trevor J. Hatfield, Esq.<br>Nevada Bar No. 7373<br>703 S. Eighth St.<br>Las Vegas, NV 89101<br>(702) 388-4469 Tel.<br>(702) 386-9825 Fax<br>thatfield@hatfieldlawassociates.com<br>*Attorney for Plaintiff* | Anthony L. Martin<br>Nevada Bar No. 8177<br>Erica J. Chee<br>Nevada Bar No. 12238<br>Wells Fargo Tower, Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>Anthony.martin@ogletreedeakins.com<br>Erica.chee@ogletreedeakins.com<br>*Attorneys for Defendant* |

**IT IS SO ORDERED.**

Dated February 9, 2018.

_____
UNITED STATES DISTRICT JUDGE