TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DAVID COSPER, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> TITANIUM METALS CORPORATION, a Domestic Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | CASE NO: 2:16-cv-01548-JCM-CWH <br><br> **STIPULATION AND ORDER FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(ii)** |

COMES NOW, Plaintiff, DAVID COSPER (hereinafter "Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates, Ltd., and Defendant TITANIUM METALS CORPORATION (hereinafter "Defendant"), by and through its counsel, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., and do hereby stipulate and agree to dismiss this case pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

The Parties came to a settlement agreement effective March 14, 2018, and all conditions set forth therein have been satisfied, to date.  As such, Plaintiff did not file an Opposition to Defendant's Motion for Summary Judgement filed on January 22, 2018 (ECF# 30).  Thereafter, the Parties then inadvertently failed to file a Stipulation and [Proposed] Order for Dismissal due to several reasons including Plaintiff's counsel having been on vacation at the time, and a change of Defendant's counsel within the firm.

Dated: September 11, 2018

HATFIELD & ASSOCIATES, LTD.

/s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq.
Nevada Bar No. 7373
703 S. Eighth St.
Las Vegas, NV 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

Dated: September 11, 2018

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Suzanne L. Martin*

Susanne L. Martin, Esq.
Nevada Bar No. 8833
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
susanne.martin@ogletreedeakins.com
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated September 20, 2018.

_____
UNITED STATES DISTRICT JUDGE

35538536.1